AO 442 (Rev. 11/11) Arrest Warrant

FILED
2026 SEP 29 PM 12: 13
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY CR
DEPUTY

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

United States of America
v.

WILBER RAFAEL GARCES-PEREZ

*Defendant*

Case No. **1:26-mj-00918-DH**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* WILBER RAFAEL GARCES-PEREZ, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 USC 111(a)(1) & (b), Assaulting, Resisting, and Impeding a Federal Officer

Date: 09/28/2026

[signature]
*Issuing officer's signature*

City and state: Austin, Texas

Dustin M. Howell, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 09-28-26, and the person was arrested on *(date)* 09-29-2026 at *(city and state)* Pearsall, Texas.

Date:

[signature]
*Arresting officer's signature*

Rick Bazan HSI Special Agent
*Printed name and title*