UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| V. | § | CAUSE NO. 1:26-M-00918(1) |
| | § | |
| WILBER RAFAEL GARCES-PEREZ | § | |

**NOTICE OF ATTORNEY APPEARANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Shane McMahon, Assistant Federal Public Defender and enters appearance as counsel for the defendant in the above-styled and numbered cause.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender

/s/ SHANE MCMAHON
Assistant Federal Public Defender
Western District of Texas
Lavaca Plaza
504 Lavaca St., Ste. 960
Austin, Texas 78701
(512) 916-5025 / (512) 916-5035 (FAX)
Attorney ID: MD 0406150212

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of September, 2026, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to the following:

Britni Verdeja
United States Attorney's Office
903 San Jacinto Blvd
Ste 334
Austin, TX 78701

/s/ SHANE MCMAHON